1  Patrick F. Bright (State Bar SBN68709)
2  **WAGNER, ANDERSON & BRIGHT, PC**
   3541 Ocean View Boulevard
3  Glendale, CA 91208
   (818) 249-9300
4  (818) 249-9335 (fax)
   E-Mail: pbright@patentattorney.us
5
   Attorneys for Plaintiff
6  DARRELL GREENLAND

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                              WESTERN DIVISION

| | |
|---|---|
| DARRELL GREENLAND,<br><br>Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., STANLEY BLACK & DECKER, and D-CUT PRODUCTS, INC.,<br><br>Defendants. | Case No.: CV11-05001 DMG (SHx)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff Darrell Greenland and Defendant Techtronic Industries North America, Inc. hereby stipulate that Defendant Techtronic Industries North America, Inc. shall have an extension of time until September 16, 2011, to respond to the Complaint filed in this action.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: August 5, 2011 | **WAGNER, ANDERSON & BRIGHT, LLP** |
| 4 | | |
| 5 | | By: _/s/ Patrick F. Bright_ <br> Patrick F. Bright <br> Attorneys for Plaintiff DARRELL GREENLAND |
| 6 | | |
| 7 | | |
| 8 | Dated: August 5, 2011 | **MICHAEL BEST & FRIEDRICH LLP** |
| 9 | | By: /s/ J. Donald Best <br> J. Donald Best <br> Attorneys for Defendant TECHTRONIC INDUSTRIES NORTH AMERICA, INC. |