UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARRELL GREENLAND,<br><br>Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., STANLEY BLACK & DECKER, and D-CUT PRODUCTS, INC.,<br><br>Defendants. | Case No.: CV11-05001 DMG (SHx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Plaintiff Darrell Greenland and Defendant Techtronic Industries North America Inc.'s Stipulation for Extension of Time to Respond to Complaint, Defendant Techtronic Industries North America, Inc. is hereby granted an extension of time until September 16, 2011 to respond to the Complaint filed in this Action.

It is so ordered.

Dated: August ____, 2011         By: _____

　　　　　　　　　　　　　　　　　　Hon. Dolly M. Gee

　　　　　　　　　　　　　　　　　　United States District Judge