UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION          JS-6

| | |
|---|---|
| DARRELL GREENLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., STANLEY BLACK & DECKER, and D-CUT PRODUCTS, INC.,<br><br>　　　　Defendants. | Case No.: CV11-05001 DMG (SHx)<br><br>**JUDGMENT AGAINST DEFENDANT D-CUT PRODUCTS, INC. [50]** |

　　　WHEREAS, Plaintiff Darrell Greenland ("Plaintiff") and Defendant D-Cut Products, Inc. ("Defendant") have stipulated to a judgment against Defendant D-Cut Products, Inc. in the sum of $17,500.00, a judgment is hereby entered against Defendant D-Cut Products, Inc. in the sum of $17,500.00. Each of these parties shall bear its own costs.

　　　IT IS SO ORDERED.

Dated:  January 10, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge